Jason Sheasby (SBN 205455)
JSheasby@irell.com
H. Annita Zhong (SBN 266924)
AZhong@irell.com
Andrew Strabone (SBN 301659)
AStrabone@irell.com
Michael Tezyan (SBN 334915)
MTezyan@irell.com
IRELL & MANELLA LLP
N. Isabella Chestney (SBN 347608)
IChestney@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff Netlist, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KINGSTON TECHNOLOGY CORPORATION, KINGSTON TECHNOLOGY COMPANY, INC.<br><br>Defendants. | CASE NO. 8:26-cv-03047<br><br>COMPLAINT FOR PATENT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

1. Plaintiff Netlist, Inc. ("Netlist"), by its undersigned counsel, brings this Complaint against Defendants Kingston Technology Company, Inc. and Kingston Technology Corporation (collectively, "Defendants" or "Kingston") for Kingston's infringement of U.S. Patent No. 12,373,366 (the "'366 Patent") and U.S. Patent No. 12,762,074 (the "'074 Patent, together the "Asserted Patents"), alleging as follows:

## THE PARTIES

2. Plaintiff Netlist is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 111 Academy Way, Suite 100, Irvine, California 92617. Netlist is a leading innovator in advanced memory and storage solutions. Netlist designs and manufactures controller and software-based memory solutions that are sold in the server, high-performance computing, and communications markets.

3. On information and belief, Kingston Technology Corporation is a corporation organized and existing under the laws of California, with its principal place of business at 17600 Newhope Street, Fountain Valley, CA 92708 USA. On information and belief, Kingston Technology Corporation has a variety of subsidiaries located throughout the United States and the world. On information and belief, Kingston Technology Corporation can receive service through its registered agent, Tracy Chang, at 17600 Newhope Street in Fountain Valley, California, 92708.

4. On information and belief, Kingston Technology Company, Inc. is a corporation organized and existing under the laws of Delaware, with its principal place of business at 17600 Newhope Street, Fountain Valley, CA 92708 USA. On information and belief, Kingston Technology Company, Inc. is a wholly owned subsidiary of Kingston Technology Corporation. On information and belief, Kingston Technology Company, Inc. can receive service through its registered agent, Tracy Chang, at 17600 Newhope Street in Fountain Valley, California, 92708.

5. On information and belief, Kingston, itself and through its subsidiaries, makes solid state drives ("SSDs"), memory modules, USB flash drives, SD cards, microSD cards and CF cards for consumers, as well as SSDs, memory modules and embedded systems for enterprise and industrial uses. On information and belief, Kingston sells its products, either directly or through distributors, retailers, authorized dealers, and sales agents, to customers, including customers in this District.

6. On information and belief, Kingston also uses, sells, and offers for sale in the United States, imports into the United States and/or exports from the United States memory products, including DDR5 dual in-line memory modules ("DIMMs"). On information and belief, Kingston has at least used, sold, or offered to sell products and services, including the Accused Instrumentalities, in this District.

7. On information and belief, Kingston has implemented the Asserted Patents in its products, and/or instructed others regarding the same, without authorization. On information and belief, Kingston currently designs, develops, tests, manufactures, sells for importation, imports into the U.S., sells after importation into the U.S., and/or exports from the U.S. the Accused Instrumentalities that directly infringe, contributorily infringe, and/or induce the infringement of the Asserted Patents.

8. On information and belief, Kingston places, has placed, and contributed to placing Accused Instrumentalities into the stream of commerce via an established distribution channel knowing or understanding that such products would be sold and used in the United States, including in the Central District of California. On information and belief, Kingston derives substantial revenues from infringing acts in this judicial district, including from the sale and use of the Accused Instrumentalities.

## JURISDICTION

9. Subject matter jurisdiction is based on 28 U.S.C. §§ 1331 and 1338, in that this action arises under a federal statute, the patent laws of the United States (35 U.S.C. §§ 1, et seq.), and the United States Constitution.

10. Each Defendant is subject to this Court's personal jurisdiction consistent with the principles of due process and/or the California Long Arm Statute.

11. Personal jurisdiction exists generally over the Defendants because each Defendant has sufficient minimum contacts and/or has engaged in continuous and systematic activities in the forum as a result of business conducted within the State of California and the Central District of California. Personal jurisdiction also exists over each Defendant because each, directly or through subsidiaries, makes, uses, sells, offers for sale, imports, ships, distributes, advertises, makes available, and/or markets products within the State of California and the Central District of California that infringe one or more claims of the Asserted Patents. Further, on information and belief, Defendants have placed or have contributed to placing infringing products into the stream of commerce, both directly and through intermediaries (including distributors, retailers, authorized dealers, sales agents, and other individuals or entities), knowing or understanding that such products would be sold and used in the United States, including in this District.

## VENUE

12. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and/or 1400(b) because Defendants (1) have committed and continue to commit acts of patent infringement in this District by, among other things, directly and/or indirectly making, using, selling, offering to sell, or importing products that infringe one or more claims of the Asserted Patents, and (2) have done and continue to do business in this District, including by maintaining a regular and established place of business at 17600 Newhope Street, Fountain Valley, CA 92708 USA.

## BACKGROUND

13. Many commercial computing products utilize memory modules.

14. Modern memory modules often adopt the form of DIMMs. The memory devices on DIMMs are typically arranged in "ranks," which are accessible by a processor or memory controller of the host system. A memory module is typically installed into a memory slot on a computer or server motherboard.

15. Memory modules are designed for, among other things, use in servers such as those supporting cloud-based computing, artificial intelligence, and other data-intensive applications. There are also memory modules designed primarily for the consumer market, such as in desktops.

16. Since its founding in 2000, Netlist has been a leading innovator in high-performance memory module technologies. Netlist designs and manufactures a wide variety of high-performance products for the cloud computing, virtualization and high-performance computing markets. Netlist's technology enables users to derive useful information from vast amounts of data in a shorter period of time. These capabilities will become increasingly valuable as the volume of data being processed continues to exponentially increase. On August 5, 2026, Netlist announced that Samsung agreed to take a license to Netlist's patent portfolio. *See* https://investors.netlist.com/news/netlist-announces-strategic-alliance-with-samsung-for-advanced-memory-technology/1c8e5ae6-bde4-434c-afd8-7d80370824af ("Samsung will receive access to Netlist's complete patent portfolio, including its server DIMM and High Bandwidth Memory technologies."). On October 6, 2026, Netlist announced that Micron also agreed to take a license to Netlist's patent portfolio. *See* https://investors.netlist.com/news/netlist-and-micron-enter-patent-license-and-settlement-agreements/c8615305-0590-43e4-bcb2-fe05e120f947. SK Hynix previously recognized the value of Netlist's technology and took a license to Netlist's patent portfolio.

17. Netlist has a long history of being the first to market with disruptive new products such as the first load-reduced dual in-line memory module ("LRDIMM"), HyperCloud®, based on Netlist's distributed buffer architecture. Netlist was also the first to bring NAND flash to the memory channel with its NVvault® NVDIMM. Netlist's pioneering NVDIMM products utilized the same on-module power management technology found on newer-generation DDR5 DIMMs. These innovative products built on Netlist's early pioneering work in areas such as embedding passives into printed circuit boards to free up board real estate, doubling densities via quad-rank double data rate (DDR) technology, and other off-chip technology advances that result in improved performance and lower costs compared to conventional memory.

**<u>The '366 Patent</u>**

18. The '366 Patent is entitled "Memory with On-Module Power Management."

19. Netlist owns by assignment the entire right, title, and interest in and to the '366 Patent. The '366 Patent was filed as Application No. 17/582,797 on January 24, 2022, issued as a patent on July 29, 2025 and claims priority to, among others, U.S. Application No. 13/559,476 filed on July 26, 2012; U.S. Application No. 12/240,916 filed on September 29, 2008; U.S. Application No. 12/131,873 filed on June 2, 2008.

20. Kingston gained knowledge of the '366 Patent at least as of December 3, 2025.

21. Claim 1 of the '366 Patent provides:

> [**1pre**] A dual in-line memory module (DIMM) configured to fit into a memory slot connector of a system board of a computer system, the memory slot connector including a set of power conduits, a set of data conduits, and a set of address and control conduits, wherein data signals are transferred between the system board and the DIMM via the set of data conduits, and address and control signals are delivered from the system board to the DIMM via the set of address and control conduits,

the DIMM comprising:

[**1a**] a printed circuit board (PCB) having edge connections configured to fit into the memory slot connector of the system board, the PCB including:

a first set of edge connections configured to be electrically connected to the set of power conduits and operable to deliver to the DIMM power from power rails of the system board via the set of power conduits, wherein the power delivered to the DIMM from the power rails of the system board is the only power received by the DIMM;

a second set of edge connections configured to be electrically connected to the set of data conduits, and

a third set of edge connections configured to be electrically connected to the set of address and control conduits,

a set of voltage supply lines electrically connected to the first set of edge connections and configured to receive the power delivered to the DIMM from the power rails of the system board by way of the memory slot connector of the system board and the first set of edge connections of the DIMM,

a set of data lines electrically connected to the second set of edge connections, and

a set of address and control lines electrically connected to the third set of edge connections;

[**1b**] a controller including a voltage monitor circuit and nonvolatile memory, the controller coupled to the PCB and to an input voltage supply line of the set of voltage supply lines, the voltage monitor circuit configured to:

(i) monitor an input voltage supplied via the input voltage supply line;

(ii) generate a trigger signal upon detecting a trigger condition; and

(iii) transmit the trigger signal to at least one other portion of the controller, wherein the controller is configured to perform, in response to the trigger signal, a write operation to write data into the nonvolatile memory, and wherein the trigger condition occurs when the input voltage exceeds a first threshold voltage;

[**1c**] a set of components coupled to the PCB, the set of components including a plurality of double data rate (DDR) synchronous dynamic random access memory (SDRAM) devices coupled to the set of address and control lines and to the set of data lines, the DDR SDRAM devices being operable to receive or output data signals via the set of data lines based on address and control signals received from the system board via the set of address and control lines; and

[**1d**] first, second, third, and fourth converter circuits coupled to the PCB and to the input voltage supply line, and configured to receive power from the input voltage supply line and to deliver power via first, second, third, and fourth regulated voltage lines,

wherein the set of components includes:

a first component configured to receive power via at least the first regulated voltage line;

a second component configured to receive power via at least the second regulated voltage line;

a third component configured to receive power via at least the third regulated voltage line; and

a fourth component configured to receive power via at least the fourth regulated voltage line;

wherein each component of the set of components:

(i) is electrically connected to one or more of the first, second, third, and fourth regulated voltage lines; and

(ii) receives power only via the one or more of the first, second, third, and fourth regulated voltage lines,

[**1e**] wherein the plurality of DDR SDRAM devices includes:

> a first group of at least five DDR SDRAM devices that are each connected to a first chip select line configured to electrically conduct a first chip select signal;
>
> a second group of at least four DDR SDRAM devices that are each connected to a second chip select line configured to electrically conduct a second chip select signal;
>
> wherein when power from the power rails of the system board is provided to the DIMM and each group of the first and second groups of DDR SDRAM devices is not in self-refresh mode:
>
> - the first group of DDR SDRAM devices is configured to be enabled, in response to the first chip select signal, to receive or output at least 40 1-bit DDR data signals in parallel via at least 40 data lines of the set of data lines independently of whether the second group of DDR SDRAM devices is enabled, in response to the second chip select signal, to receive or output an integer number of 1-bit DDR data signals in parallel via an integer number of data lines of the set of data lines;
> - the at least 40 1-bit DDR data signals include at least 32 1-bit wide DDR data signals and at least eight 1-bit DDR error-correcting code (ECC) data signals; and
>
> wherein the sum of the at least 40 data lines and the integer number of data lines equals a total number of data conduits of the set of data conduits of the memory slot connector, and the total number of data conduits is at least 72 data conduits.

**<u>The ’074 Patent</u>**

22. The ’074 Patent is entitled “Flash-Dram Hybrid Memory Module.”

23. Netlist owns by assignment the entire right, title, and interest in and to the ’074 Patent. The ’074 Patent was filed as Application No. 19/412,697 on December 8, 2025, issued as a patent on October 13, 2026 and claims priority to,

among others, U.S. Application No. 13/559,476 filed on July 26, 2012; U.S. Application No. 12/240,916 filed on September 29, 2008; U.S. Application No. 12/131,873 filed on June 2, 2008.

24. Netlist is informed and believes, and on this basis alleges, that Kingston has gained knowledge of the ’074 Patent while it was a pending patent application at least beginning on December 23, 2025.

25. Claim 26 of the ’074 Patent provides:

> [**26pre**] A dual in-line memory module (DIMM) configured to fit into a memory slot connector of a system board of a host computer system, the system board having power rails, where the memory slot connector includes a set of power conduits connected to the power rails, a set of data conduits, and a set of address and control conduits, the DIMM comprising:
>
> [**26.a**] printed circuit board (PCB) including an interface having PCB edge connections configured to fit into the memory slot connector of the system board, wherein the PCB edge connections include
>
> [**26.a.1**] a first set of edge connections configured to electrically connect to the set of power conduits that are configured to exclusively deliver power to the DIMM from the power rails, wherein the first set of edge connections are electrically connected to a set of input voltage supply lines that are configured to receive the power delivered to the DIMM from the power rails via the interface,
>
> [**26.a.2**] a second set of edge connections configured to electrically connect to the set of data conduits, wherein the second set of edge connections are electrically connected to a set of data lines via the interface,
>
> [**26.a.3**] a third set of edge connections configured to electrically connect to the set of address and control conduits, wherein the third set of edge connections are electrically connected to a set of address and control lines via the interface;
>
> [**26.b**] a controller, wherein the controller is coupled to the PCB and to an input voltage supply line of the set of input voltage supply lines and is configured to

[**26.b.1**] (i) monitor an input voltage supplied by the input voltage supply line, and

[**26.b.2**]

[**26.b.2.i**]
(ii) perform, in response to a first trigger signal, a write operation that causes data to be written

[**26.b.2.ii**]
to a data storage element configured to store a plurality of data bits,

[**26.b.2.iii**]
wherein, in response to the first trigger signal, the controller is further configured to perform one or more write operations to write data into the data storage element;

[**26.c**] a power module including a voltage conversion element,

[**26.c.1**] wherein the power module is coupled to the PCB and to the input voltage supply line, and is configured to continuously receive input power from the input voltage supply line and to deliver an output power via a plurality of regulated voltage lines having a corresponding plurality of regulated voltages, wherein

[**26.c.2**] the output power is derived from the input power, and the plurality of regulated voltage lines includes at least a first regulated voltage line for delivering a first regulated voltage and a second regulated voltage line for delivering a second regulated voltage, and

[**26.c.3**] the voltage conversion element is configured to produce the first regulated voltage and the second regulated voltage; and

[**26.d**] a plurality of components coupled to the PCB and the power module, the plurality of components including a plurality of volatile memory packages coupled to the set of address and control lines and to the set of data lines, wherein

> [**26.d.1**] the plurality of volatile memory packages are operable to receive or output data signals via the set of data lines based on address and control signals received from the system board via the set of address and control lines, and
>
> [**26.d.2**] each component of the plurality of components is electrically connected to one or more of the plurality of regulated voltage lines.

**<u>Kingston's Infringing Activities</u>**

26. Kingston is one of the largest manufacturers of semiconductor memory products, such as DDR5 RDIMM, DDR5 SODIMM and DDR5 UDIMM products. Kingston develops, manufactures, sells, offers to sell, imports into the United States and exports from the United States memory modules (including semi-finished ones) designed for, among other things, use in servers such as those supporting cloud-based computing, artificial intelligence, and other data-intensive applications.

**<u>DDR5 Memory Modules</u>**

27. DDR5 memory modules introduced important upgrades over DDR4 modules to support massive bandwidth requirements and AI workloads, as well as to benefit from the reduced power consumption and enhanced reliability that DDR5 memory offers over its predecessors.

28. The Accused Instrumentalities include: Kingston's DDR5 products, such as its DDR5 RDIMM, DDR5 UDIMM, and DDR5 SODIMM products, and other memory modules having materially the same structures and designs in relevant parts (the "Accused DDR5 Products") that are made, sold, offered for sale, used and/or imported into the United States by Defendants.

29. The Accused DDR5 Products include, but are not limited to, Kingston's DDR5 RDIMM, DDR5 UDIMM, and DDR5 SODIMM products.



DDR5 6400MT/s Non-ECC Clocked Unbuffered SODIMM

- 8GB, 16GB, 32GB
- 1.1V CL52 262-pin



DDR5 6400MT/s Non-ECC Clocked Unbuffered DIMM

- 8GB, 16GB, 32GB, 64GB
- 1.1V CL52 288-pin



DDR5 5600MT/s Non-ECC Unbuffered SODIMM

- 8GB, 16GB, 32GB, 48GB
- 1.1V CL46 262-pin



DDR5 5600MT/s Non-ECC Unbuffered DIMM

- 8GB, 16GB, 32GB, 48GB, 64GB
- 1.1V CL46 288-pin



DDR5 6400MT/s ECC Registered DIMM

- 16GB, 32GB, 64GB, 96GB, 128GB
- 1.1V 288-pin CL52
- Server Premier



DDR5 5600MT/s ECC Unbuffered SODIMM

- 16GB, 32GB, 48GB
- 1.1V 262-pin CL46
- Server Premier



DDR5 5600MT/s ECC Unbuffered DIMM

- 16GB, 32GB, 48GB
- 1.1V 288-pin CL46
- Server Premier



DDR5 5600MT/s ECC Registered DIMM

- 16GB, 32GB, 48GB, 64GB, 96GB
- 1.1V 288-pin CL46
- Server Premier

*Computer Memory – Find compatible RAM*, Kingston, available at https://www.kingston.com/en/memory?memory=ddr5&memory_2=ddr5.

30. For example, the Accused DDR5 Products include Kingston's DDR5 UDIMM products sold under its "ValueRAM" line, including those having the following part numbers: KVR64A52BS6-8, KVR64A52BS8-16, KVR64A52BD8-32, KVR64A52BS8-32, KVR64A52BD8-64, KVR56U46BS6-8, KVR56U46BS8-16, KVR56U46BD8-32, KVR56U46BS8-32, KVR56U46BD8-48, KVR56U46BD8-64.[1] The Accused DDR5 Products also include Kingston's DDR5

[1] *DDR5 6400MT/s Non-ECC Clocked Unbuffered DIMM*, Kingston, https://www.kingston.com/en/memory/client/ddr5-6400mts-non_ecc-clocked%20unbuffered-dimm; *DDR5 5600MT/s Non-ECC Unbuffered DIMM*,

UDIMM products sold under its "Server Premier" line, including those having the following part numbers: KSM56E46BS8KM-16HA, KSM56E46BD8KM-32HA, KSM56E46BD8KM-48HM.[2]

31. In addition, the Accused DDR5 Products include, but are not limited to, Kingston's DDR5 SODIMM products sold under its "ValueRAM" line, including those having the following part numbers: KVR64V52BS6-8, KVR64V52BS8-16, KVR64V52BD8-32, KVR64V52BS8-32, KVR56S46BS6-8, KVR56S46BS8-16, KVR56S46BD8-32, KVR56S46BS8-32, KVR56S46BD8-48.[3] The Accused DDR5 Products also include Kingston's DDR5 SODIMM products sold under its "Server Premier" line, including those having the following part numbers: KSM56T46BS8KM-16HA, KSM56T46BD8KM-32HA, KSM56T46BD8KM-48HM.[4]

32. In addition, the Accused DDR5 Products include, but are not limited to, Kingston's DDR5 RDIMM products sold under its "Server Premier" line, including those having the following part numbers: KSM64R52BS8-16MH, KSM64R52BD8-32MH, KSM64R52BD4-64HA. KSM64R52BD4-64MD, KSM64R52BD4-64MH, KSM64R52BD4-96HM, KSM64R52BD4-96MC, and KSM64R52BD4-128MB,

---

Kingston, https://www.kingston.com/en/memory/client/ddr5-5600mts-non_ecc-unbuffered-dimm.

[2] *DDR5 5600MT/s ECC Unbuffered DIMM,* Kingston, https://www.kingston.com/en/memory/server-premier/ddr5-5600mts-ecc-unbuffered-dimm.

[3] *DDR5 6400MT/s Non-ECC Clocked Unbuffered SODIMM*, Kingston, https://www.kingston.com/en/memory/client/ddr5-6400mts-non_ecc-clocked%20unbuffered-sodimm; *DDR5 5600MT/s Non-ECC Unbuffered SODIMM*, Kingston https://www.kingston.com/en/memory/client/ddr5-5600mts-non_ecc-unbuffered-sodimm.

[4] *DDR5 5600MT/s ECC Unbuffered SODIMM*, Kingston, https://www.kingston.com/en/memory/server-premier/ddr5-5600mts-ecc-unbuffered-sodimm.

KSM56R46BS8-16HA, KSM56R46BS8-16MH, KSM56R46BS8PMI-16HAI, KSM56R46BD8-32HA, KSM56R46BD8-32MH, KSM56R46BD8PMI-32HAI, KSM56R46BS4PMI-48HMI, KSM56R46BD4-64HA, KSM56R46BD4-64MD, KSM56R46BD4-64MH, KSM56R46BD4PMI-64HAI, KSM56R46BD4PMI-96HMI, and KSM56R46BD4PMI-96MBI.[5]

33. The Accused DDR5 Products include Kingston's DDR5 DIMM products that incorporate Power Management Integrated Circuits ("PMICs") for DDR5. For example, Kingston's part number decoder for products sold under the Kingston Server Premier DDR5 DIMM brand indicates that Kingston sources its PMICs for the Accused DDR5 Products from a variety of vendors, including Renesas, Montage, MPS, Richtek, and TI.[6] The same part number decoder indicates that Kingston sources its RCDs from vendors such as Rambus, Montage and Renesas.

---

[5] *DDR5 6400MT/s ECC Registered DIMM*, Kingston, https://www.kingston.com/en/memory/server-premier/ddr5-6400mts-ecc-registered-dimm; DDR5 5600MT/s ECC Registered DIMM, Kingston, https://www.kingston.com/en/memory/server-premier/ddr5-5600mts-ecc-registered-dimm.

[6] *Memory Part Number Decoder*, Kingston https://www.kingston.com/en/memory/memory-part-number-decoder.

Part Number: KSM56R46BD4PMI-64HAI

KSM | 56 | R | 46B | D | 4 | P | M | I | - | 64 | H | A | I

**KSM = Product Line**
KSM - Kingston Server Premier

**56 = Speed (MT/s)**
48 – 4800
52 – 5200
56 – 5600
64 – 6400

**R = Module Type**
E – EC4 UDIMM (x72)
T – EC4 SODIMM (x72)
P – EC4 RDIMM (x72)
R – EC8 RDIMM (x80)
B – EC4 CUDIMM (x72)
W – EC4 CSODIMM (x72)

**46B = CAS Latency**
40B – CL40-39-39
42B – CL42-42-42
46B – CL46-45-45
52B – CL52-52-52

**D = Ranks**
S – Single
D – Dual
Q – Quad

**4 = DRAM Type**
4 – x4
8 – x8

**P = PMIC**
I – Renesas
M – Montage
P – MPS
K – RichTek
T – TI
Blank – Unlocked

**M = SPD Hub**
I – Renesas
M – Montage
R – Rambus
Blank – Unlocked

**I = Thermal Sensor**
I – Renesas
M – Montage
P – MPS
R – Rambus
Blank – Unlocked

**64 = Total Capacity**
16 – 16GB
24 – 24GB
32 – 32GB
48 – 48GB
64 – 64GB
96 – 96GB
128 – 128GB

**H = DRAM Manufacturer**
H – SK Hynix
M – Micron
S – Samsung

**A = DRAM Die Revision**
A – A Die
B – B Die
C – C Die
D – D Die
E – E Die
H – H Die
M – M Die

**I = Register**
I – Renesas
M – Montage
R – Rambus
Blank – Unlocked

34. On information and belief, the Accused DDR5 Products comply with the applicable memory standards promulgated by JEDEC, such as, for example, the JEDEC specifications (or proposed specifications) for the DDR5 RDIMM, DDR5 UDIMM and DDR5 SODIMM form factors. While Netlist's infringement allegations rely in part on functionality contained within certain specifications issued by JEDEC, Netlist is not relying on essentiality to the specifications to establish infringement. Rather, Netlist anticipates that its infringement positions will be further confirmed by evidence obtained through discovery from Kingston that is otherwise not publicly available.

**<u>Negotiation History With Kingston</u>**

35. Each of the three largest suppliers of DRAM and NAND modules in the world have acknowledged Netlist's foundational contributions to memory module design and have taken a license to Netlist's patents – Micron, Samsung, SK Hynix. On November 11, 2021, Netlist reached out to Kingston to request a meeting to engage in licensing discussions regarding DDR4 modules. Kingston refused to take even the basic step of committing to a meeting.

36. Following a finding in the Central District of California that Samsung materially breached its 2015 license agreement with Netlist, Netlist filed a claim for patent infringement against Samsung on December 20, 2021. Over the next five years Netlist and Samsung engaged in a number of disputes resulting in multiple jury verdicts finding Samsung willfully infringed Netlist patents and totaling over $500 million in damages awarded. Samsung appealed the verdicts of infringement, and litigation between the parties concerning Samsung's infringement of additional Netlist patents continued in district courts and at the ITC. Between 2021 and 2026 over 40 proceedings were initiated between Netlist and Samsung, including declaratory judgment actions and petitions for IPR filed by Samsung. On August 5, 2026, Netlist announced that Samsung agreed to take a license to Netlist's patent portfolio. *See* https://investors.netlist.com/news/netlist-announces-strategic-alliance-with-samsung-for-advanced-memory-technology/1c8e5ae6-bde4-434c-afd8-7d80370824af ("Samsung will receive access to Netlist's complete patent portfolio, including its server DIMM and High Bandwidth Memory technologies.").

37. On June 10, 2022, Netlist filed a claim for patent infringement against Micron. As with Samsung, Netlist and Micron engaged in a number of disputes over the following years resulting in a jury verdict finding Micron willfully infringed Netlist patents and awarding $445 million dollars in damages. Micron appealed this verdict, and litigation between the parties concerning Micron's infringement of additional Netlist patents continued in district courts and at the ITC. Between 2022

and 2026 over 30 proceedings were initiated between Netlist and Micron, including declaratory judgment actions, state court actions, and petitions for IPR filed by Micron. On October 6, 2026, Netlist announced that Micron agreed to take a license to Netlist's patent portfolio. *See* https://investors.netlist.com/news/netlist-and-micron-enter-patent-license-and-settlement-agreements/c8615305-0590-43e4-bcb2-fe05e120f947.

38. With the shift to DDR5 modules by Kingston, on April 22, 2025, Netlist reached out to Kingston to begin licensing discussions on this class of modules. Netlist offered to present its technology to Kingston at a meeting between the parties and requested Kingston provide some potential available dates. Kingston did not respond to Netlist's letter, nor to its follow-up attempt months later on June 17, 2025. On September 8, 2025, Netlist reached out for a third time, reiterating its request for a meeting between the parties to begin licensing discussions. Kingston responded to Netlist's third letter and provided potential dates for a meeting. Netlist responded the following day agreeing to meet with Kingston at Netlist's office on October 8, 2025. Over the next month the parties confirmed details of the meeting. On October 5, 2025, just days before the parties were scheduled to meet, Kingston canceled and requested the parties reschedule in December. Netlist agreed to reschedule the meeting to December 3, 2025.

39. At the December 3 meeting, Netlist presented its memory technologies to Kingston and its proposed licensing framework, and explained that Netlist was continuing to grow its patent portfolio through continuation practice. Netlist provided a copy of the presentation to Kingston on December 23, 2025 and summarized the key points of the meeting, including a request for Kingston to provide information to assist Netlist in formulating a license offer. Netlist requested that Kingston provide the information by January 15, 2026, but confirmed that if Kingston could not do so by then, Netlist would provide an estimated offer based on

available market data. Kingston responded to Netlist's email on January 12, 2026, but did not provide the requested information.

40. On February 13, 2026, Netlist provided Kingston with a licensing offer (based on publicly available information) for a worldwide license to all Netlist patents for all products manufactured and/or sold/distributed by Kingston. On March 11, 2026, counsel for Kingston reached out to Netlist purportedly to schedule a meeting to discuss the license offer. Netlist responded the following day to arrange an in-person meeting. After receiving no response, Netlist followed up on March 23, 2026. On March 31, Kingston's counsel declined to meet in-person, citing inadequate office space, and claimed they would follow up with proposed times for a meeting. Netlist responded the following day offering to host Kingston's counsel for a meeting in their office, but received no response for the next month. On April 30, Netlist followed up again and advised that it would need to take additional action if the parties could not hold a productive meeting by May 15. A week later, Kingston's counsel stated that they were unavailable in May but would follow up with proposed times. Netlist responded on May 8, again requesting engagement. Kingston has refused to engage, forcing Netlist to file this Action to enforce its patent rights.

## COUNT ONE

## (Infringement of the '366 Patent)

41. Netlist re-alleges and incorporates by reference the allegations of the preceding paragraphs of this Complaint as if fully set forth herein.

42. On information and belief, Defendants directly infringed and are currently infringing at least one of the claims of the '366 Patent by, among other things, making, using, selling, offering to sell, and/or importing within this District and elsewhere in the United States, without authority, the Accused DDR5 RDIMM Products, and other products with materially the same structure and operating mechanisms in relevant part (collectively, the "Accused 366 Products"). For

example, and as shown below, the Accused ’366 Products infringe at least Claim 1 of the ’366 Patent.

43. The allegations below are based upon Netlist’s current information and belief. On information and belief, internal documentation from Kingston, including confidential product specifications and source code, will show infringement. The examples provided below are not intended to be, and should not be understood as, limiting in any way.

44. To the extent the preamble is limiting, the Accused ’366 Products are DIMMs configured to fit into a memory slot connector of a system board of a computer system, the memory slot connector including a set of power conduits, a set of data conduits, and a set of address and control conduits, wherein data signals are transferred between the system board and the DIMM via the set of data conduits, and address and control signals are delivered from the system board to the DIMM via the set of address and control conduits.

45. For example, a Kingston DDR5 RDIMM fits into a memory slot connector of a system board of a computer system, the memory slot connector including a set of power conduits (e.g., Vin_Bulk, Vin_Mgmt), a set of data conduits (e.g., DQ or CB of DIMM’s memory channels (A and B)), and a set of address and control conduits (e.g., signal conduits for Command and Address (CA) and CS signals), wherein data signals are transferred between the system board and the DIMM via the set of data conduits, and address and control signals are delivered from the system board to the DIMM via the set of address and control conduits.



*Server Memory – DRAM for Data Centers*, Kingston, https://www.kingston.com/en/memory/server-memory.

46. The Accused '366 Products are DIMMs comprising a printed circuit board (PCB) having edge connections configured to fit into the memory slot connector of the system board. For example, a Kingston DDR5 RDIMM comprises a PCB that includes edge connections, *i.e.*, "gold fingers," that fit into the memory slot connector of the system board, as shown below:




(Photograph of a Kingston DDR5 RDIMM purchased in the United States)



*DDR5 5600MT/s ECC Registered DIMM*, Kingston, https://media.kingston.com/kingston/product/DDR5_ECC_Registered_DIMM_x80_2R_x4_1-lg.jpg.

47. The Accused '366 Products contain a PCB that includes a first set of edge connections configured to be electrically connected to the set of power conduits and operable to deliver to the DIMM power from power rails of the system board via the set of power conduits, wherein the power delivered to the DIMM from the power rails of the system board is the only power received by the DIMM. For example, as shown below, the PCB includes a first set of edge connections (e.g., at pins specifically configured for receiving power supplies, such as those labelled VIN_BULK, and VIN_MGMT) configured to be electrically connected to the set of power conduits and operable to deliver to the DIMM power from the power rails of the system board via the set of power conduits. The DIMM power supply is delivered from the system to the PMIC. *See* DDR5 Registered Dual Inline Memory Module (RDIMM) Common Standard, JESD305B.01 (April 2026) at 6-7:

Table 5 — DDR5 288 Position RDIMM Pin Wiring Assignments

| Front Side Pin Label | Pin | Pin | Back side Pin Label | Front Side Pin Label | Pin | Pin | Back side Pin Label |
|---|---|---|---|---|---|---|---|
| VIN_BULK | 1 | 145 | VIN_BULK | PAR_A | 74 | 218 | CK_c |
| RFU | 2 | 146 | VIN_BULK | VSS | 75 | 219 | VSS |
| VIN_MGMT | 3 | 147 | PCAMP | | Key | | |
| HSCL | 4 | 148 | HSA | | | | |
| HSDA | 5 | 149 | RFU | CA0_B | 76 | 220 | RFU / No Pin Present |
| VSS | 6 | 150 | RFU | VSS | 77 | 221 | CA1_B |
| DQ0_A | 7 | 151 | VSS | CA2_B | 78 | 222 | VSS |
| VSS | 8 | 152 | DQ2_A | VSS | 79 | 223 | CA3_B |
| DQ1_A | 9 | 153 | VSS | CA4_B | 80 | 224 | VSS |
| VSS | 10 | 154 | DQ3_A | VSS | 81 | 225 | CA5_B |
| DQS0_A_t | 11 | 155 | VSS | CA6_B | 82 | 226 | VSS |
| DQS0_A_c | 12 | 156 | DQS5_A_c, TDQS5_A_c | VSS | 83 | 227 | PAR_B |
| VSS | 13 | 157 | DQS5_A_t, TDQS5_A_t | CS0_B_n | 84 | 228 | VSS |
| DQ4_A | 14 | 158 | VSS | VSS | 85 | 229 | CS1_B_n |
| VSS | 15 | 159 | DQ6_A | DLBDQ | 86 | 230 | VSS |
| DQ5_A | 16 | 160 | VSS | DLBDQS | 87 | 231 | RFU |
| VSS | 17 | 161 | DQ7_A | VSS | 88 | 232 | RFU |
| DQ8_A | 18 | 162 | VSS | CB4_B | 89 | 233 | VSS |
| VSS | 19 | 163 | DQ10_A | VSS | 90 | 234 | CB6_B |
| DQ9_A | 20 | 164 | VSS | CB5_B | 91 | 235 | VSS |
| VSS | 21 | 165 | DQ11_A | VSS | 92 | 236 | CB7_B |
| DQS1_A_t | 22 | 166 | VSS | DQS9_B_t, TDQS9_B_t | 93 | 237 | VSS |
| DQS1_A_c | 23 | 167 | DQS6_A_c, TDQS6_A_c | DQS9_B_c, TDQS9_B_c | 94 | 238 | DQS4_B_c |
| VSS | 24 | 168 | DQS6_A_t, TDQS6_A_t | VSS | 95 | 239 | DQS4_B_t |
| DQ12_A | 25 | 169 | VSS | CB0_B | 96 | 240 | VSS |
| VSS | 26 | 170 | DQ14_A | VSS | 97 | 241 | CB2_B |
| DQ13_A | 27 | 171 | VSS | CB1_B | 98 | 242 | VSS |
| VSS | 28 | 172 | DQ15_A | VSS | 99 | 243 | CB3_B |
| DQ16_A | 29 | 173 | VSS | DQ0_B | 100 | 244 | VSS |
| VSS | 30 | 174 | DQ18_A | VSS | 101 | 245 | DQ2_B |
| DQ17_A | 31 | 175 | VSS | DQ1_B | 102 | 246 | VSS |
| VSS | 32 | 176 | DQ19_A | VSS | 103 | 247 | DQ3_B |
| DQS2_A_t | 33 | 177 | VSS | DQS0_B_t | 104 | 248 | VSS |
| DQS2_A_c | 34 | 178 | DQS7_A_c, TDQS7_A_c | DQS0_B_c | 105 | 249 | DQS5_B_c, TDQS5_B_c |
| VSS | 35 | 179 | DQS7_A_t, TDQS7_A_t | VSS | 106 | 250 | DQS5_B_t, TDQS5_B_t |
| DQ20_A | 36 | 180 | VSS | DQ4_B | 107 | 251 | VSS |
| VSS | 37 | 181 | DQ22_A | VSS | 108 | 252 | DQ6_B |
| DQ21_A | 38 | 182 | VSS | DQ5_B | 109 | 253 | VSS |

Table 5 — DDR5 288 Position RDIMM Pin Wiring Assignments (cont'd)

| Front Side Pin Label | Pin | Pin | Back side Pin Label | Front Side Pin Label | Pin | Pin | Back side Pin Label |
|---|---|---|---|---|---|---|---|
| VSS | 39 | 183 | DQ23_A | VSS | 110 | 254 | DQ7_B |
| DQ24_A | 40 | 184 | VSS | DQ8_B | 111 | 255 | VSS |
| VSS | 41 | 185 | DQ26_A | VSS | 112 | 256 | DQ10_B |
| DQ25_A | 42 | 186 | VSS | DQ9_B | 113 | 257 | VSS |
| VSS | 43 | 187 | DQ27_A | VSS | 114 | 258 | DQ11_B |
| DQS3_A_t | 44 | 188 | VSS | DQS1_B_t | 115 | 259 | VSS |
| DQS3_A_c | 45 | 189 | DQS8_A_c, TDQS8_A_c | DQS1_B_c | 116 | 260 | DQS6_B_c, TDQS6_B_c |
| VSS | 46 | 190 | DQS8_A_t, TDQS8_A_t | VSS | 117 | 261 | DQS6_B_t, TDQS6_B_t |
| DQ28_A | 47 | 191 | VSS | DQ12_B | 118 | 262 | VSS |
| VSS | 48 | 192 | DQ30_A | VSS | 119 | 263 | DQ14_B |
| DQ29_A | 49 | 193 | VSS | DQ13_B | 120 | 264 | VSS |
| VSS | 50 | 194 | DQ31_A | VSS | 121 | 265 | DQ15_B |
| CB0_A | 51 | 195 | VSS | DQ16_B | 122 | 266 | VSS |
| VSS | 52 | 196 | CB2_A | VSS | 123 | 267 | DQ18_B |
| CB1_A | 53 | 197 | VSS | DQ17_B | 124 | 268 | VSS |
| VSS | 54 | 198 | CB3_A | VSS | 125 | 269 | DQ19_B |
| DQS4_A_t | 55 | 199 | VSS | DQS2_B_t | 126 | 270 | VSS |
| DQS4_A_c | 56 | 200 | DQS9_A_c, TDQS9_A_c | DQS2_B_c | 127 | 271 | DQS7_B_c, TDQS7_B_c |
| VSS | 57 | 201 | DQS9_A_t, TDQS9_A_t | VSS | 128 | 272 | DQS7_B_t, TDQS7_B_t |
| CB4_A | 58 | 202 | VSS | DQ20_B | 129 | 273 | VSS |
| VSS | 59 | 203 | CB6_A | VSS | 130 | 274 | DQ22_B |
| CB5_A | 60 | 204 | VSS | DQ21_B | 131 | 275 | VSS |
| VSS | 61 | 205 | CB7_A | VSS | 132 | 276 | DQ23_B |
| ALERT_n | 62 | 206 | VSS | DQ24_B | 133 | 277 | VSS |
| VSS | 63 | 207 | RESET_n | VSS | 134 | 278 | DQ26_B |
| CS0_A_n | 64 | 208 | VSS | DQ25_B | 135 | 279 | VSS |
| VSS | 65 | 209 | CS1_A_n | VSS | 136 | 280 | DQ27_B |
| CA0_A | 66 | 210 | VSS | DQS3_B_t | 137 | 281 | VSS |
| VSS | 67 | 211 | CA1_A | DQS3_B_c | 138 | 282 | DQS8_B_c, TDQS8_B_c |
| CA2_A | 68 | 212 | VSS | VSS | 139 | 283 | DQS8_B_t, TDQS8_B_t |
| VSS | 69 | 213 | CA3_A | DQ28_B | 140 | 284 | VSS |
| CA4_A | 70 | 214 | VSS | VSS | 141 | 285 | DQ30_B |
| VSS | 71 | 215 | CA5_A | DQ29_B | 142 | 286 | VSS |
| CA6_A | 72 | 216 | VSS | VSS | 143 | 287 | DQ31_B |
| VSS | 73 | 217 | CK_t | RFU | 144 | 288 | VSS |

NOTE 1 Individual Annex standards for RDIMM define pin use where multiple functions are possible.
NOTE 2 Pin 220 for 8000 Mbps and faster RDIMM raw cards do not have the edge pin present.

48. Further, as shown in the screenshots above, the Accused '366 Products contain a PCB that includes (i) a second set of edge connections configured to be electrically connected to the set of data conduits (e.g., at pins labelled DQ and CB) and a third set of edge connections configured to be electrically connected to the set of address and control conduits (e.g., at pins labelled CA and CS) and (ii) a set of voltage supply lines electrically connected to the first set of edge connections and configured to receive the power delivered to the DIMM from the power rails of the

system board by way of the memory slot connector of the system board and the first set of edge connections of the DIMM, such as a set of voltage supply lines that are electrically connected to the first set of edge connections (Vin_bulk and Vin_Mgmt pins) and configured to receive the power delivered to the DIMM from the power rails of the system board by way of the memory slot connector of the system board when the DIMM is fitted into the memory slot connector and (iii) a set of data lines (e.g., DQ and error check bit lines) electrically connected to the second set of edge connections (e.g., pins for data (DQ) and error check bits). Moreover, a Kingston DDR5 RDIMM's PCB includes data lines that are electrically connected to the second set of edge connections. That is, each DQ and CB edge connection is electrically connected respectively to a DQ or CB pin of the memory slot connector when the DIMM is fitted into the memory slot connector.

49. The Accused '366 Products contain a PCB that includes a set of address and control lines electrically connected to the third set of edge connections. For example, a Kingston DDR5 RDIMM's PCB includes a set of address and control lines such as CA and CS lines, each of which is a line that is electrically connected to one designated edge connection.

50. The analysis below of the control chips on the module addresses chips made by certain vendors. Netlist is informed and believes, and on this basis alleges, that to the extent Kingston uses control chips from different vendors than those discussed below, in relevant part they will operate in an identical manner. These allegations should therefore be understood to encompass all Kingston DDR5 RDIMMs regardless of the source of the control chips.

51. The Accused ’366 Products use PMICs from third-party vendors. For example, Netlist purchased a Kingston DDR5 RDIMM in the United States that includes a P8910 PMIC, a “PMIC for DDR5 RDIMMs” supplied by Renesas.[7]




(Photograph of a Kingston DDR5 RDIMM with a P8910 PMIC).

52. As another example, on information and belief, Kingston’s DDR5 RDIMMs also use PMICs from MPS. *See supra*, ¶ 33. For example, according to Kingston, a DDR5 RDIMM having part number KSM56R46BD4PMI-64HAI includes a PMIC supplied by MPS. *See KSM56R46BD4PMI-64HAI Memory Module Specifications*, Kingston, available at https://www.kingston.com/en/memory/search?partid=KSM56R46BD4PMI-64HAI (“PMIC: MPS”). Although the examples below reference Renesas and MPS PMICs, on information and belief, the PMICs Kingston uses on its DDR5 RDIMMs operate and are structured in materially the same way for purposes of infringement, regardless of the supplier.

53. The Accused ’366 Products are DIMMs comprising a controller including a voltage monitor circuit and nonvolatile memory, the controller coupled to the PCB and to an input voltage supply line of the set of voltage supply lines. For example, a Kingston DDR5 RDIMM comprises a controller in the portions of the

---

[7] *PMIC for DDR5 RDIMMs*, Renesas, https://www.renesas.com/en/products/p8910?srsltid=AU7gw4UfJamvbigh1agvqxDioOBe5_xT-7WBWSpROgGTxITJCmA08FCX.

PMIC not used for voltage conversion. The controller includes a voltage monitor circuit and nonvolatile memory, and is coupled to the PCB as illustrated below.




*DDR5 Memory Standard: An Introduction To The Next Generation Of DRAM Module Technology*, Kingston, https://www.kingston.com/en/blog/pc-performance/ddr5-overview. For example, Renesas's "P8910 has numerous advanced protection schemes to protect itself as well to protect entire BOM contents of DDR5 server DIMM modules," including "VIN_Bulk input supply protection feature: Input overvoltage and input undervoltage," which indicates that Renesas's PMICs include voltage monitor circuitry. *P8910 Short-form Datasheet*, Renesas, available at https://www.renesas.com/en/products/p8910?srsltid=AU7gw4UfJamvbigh1agvqxDioOBe5_xT-7WBWSpROgGTxITJCmA08FCX. The PMIC also includes non-volatile memory. *See, e.g.*, *id.* ("Features" include "Multi Time Programmable Non-Volatile Memory"). *See also, e.g.*, *MPQ8895 Overview*, MPS, available at https://www.monolithicpower.com/en/mpq8895.html?srsltid=AU7gw4Xh0IokYLFhvE8HxNGaN4ujyEDMQ6k8X9R9SAMojwf97YfyU69H (MPQ8895 PMIC features "Over-Current Protection (OCP), Under-Voltage Protection (UVP), Under-Voltage Lockout (UVLO), Thermal Shutdown, and Over-Voltage Protection (OVP)").

54. The Accused '366 Products contain a voltage monitor circuit configured to monitor an input voltage supplied via the input voltage supply line. For example, according to publicly available information from Renesas and MPS, a Kingston DDR5 RDIMM's PMIC is connected to an input voltage supply line (e.g., VIN_BULK) and includes a voltage monitor circuit to actively monitor the input voltage supply line to ensure that the input voltage falls within a desired range and to make sure that voltage regulations for DRAMs and other DIMM components occur when the input voltages fall within desired ranges. *See, e.g.*:




*P8910 Short-form Datasheet* at 1.




*Server DDR5*, MPS, https://www.monolithicpower.com/en/applications/memory-and-storage/server-ddr5.html?srsltid=AU7gw4WDOT8VLNfP5ejFyNMOVniI5qK5e1cG8GZwzK-4lhle8Sx2-GHY; *see also, e.g.*, *supra*, ¶ 53 and:






IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

Parameters Description

| | |
|---|---|
| Regulated Outputs | 4 |
| Vin (min) (V) | 4.25 |
| Vin (max) (V) | 15 |
| Iout (max) (A) | 6, 6, 6, 6 |
| Package (mm) | QFN-35L (5x5) |

*MPQ8895 Overview*, MPS, available at https://www.monolithicpower.com/en/mpq8895.html?srsltid=AU7gw4Xh0IokYLFhvE8HxNGaN4ujyEDMQ6k8X9R9SAMojwf97YfyU69H.

55. The Accused '366 Products contain a voltage monitor circuit configured to generate a trigger signal upon detecting a trigger condition. For example, a Kingston DDR5 RDIMM's PMIC's voltage monitor circuit is configured to generate a trigger signal indicating when an input over-voltage condition has occurred. *See, e.g.*, *P8910 Short-form Datasheet* at 1 ("Features" include "VIN_Bulk input supply protection features: Input overvoltage and input undervoltage" and "Input and output power-good status reporting mechanism"); *MPQ8895 Overview* (listing "Over-Voltage Protection (OVP)" as one of the "Features & Benefits" of MPQ8895).

56. The Accused '366 Products contain a voltage monitor circuit configured to transmit the trigger signal to at least one other portion of the controller, wherein the controller is configured to perform, in response to the trigger signal, a write operation to write data into the nonvolatile memory, and wherein the

trigger condition occurs when the input voltage exceeds a first threshold voltage. For example, a Kingston DDR5 RDIMM's PMIC's voltage monitor circuit is configured to transmit the generated trigger signal to another circuit that is not a voltage conversion circuit (such as a digital or a logic block) in the PMIC, that is, the command (trigger condition) is transmitted internally to at least one other portion of the controller. Examples of such other portion(s) of the controller include (1) circuitry configured to determine whether a trigger event has occurred and to send commands to buck converters to turn off their voltage regulations in response to the generated command, and/or (2) circuitry that would trigger writing to real time status registers and error log registers indicating the input overvoltage has occurred. On information and belief, updating error log registers 0x04 and 0x05 when there is an input over-voltage triggering event would lead to actions that include updating memory spaces in the non-volatile memory through a write operation. For instance, Renesas's *P8910 Short-form Datasheet* at 1 claims that P8910 is "fully compliant" to the PMIC5010 specification, and MPS's website claims that its PMICs such as MPS8895/MPS8895F comply JEDEC PMIC50x0 PMIC Specification Version 1.8. https://www.monolithicpower.com/en/products/mpq8895f.html; https://www.monolithicpower.com/en/products/mpq8895.html. According to the corresponding PMIC specification, contents in 0x04 and 0x05 registers would be written to non-volatile memories.

> Global History of Error Log Registers (Table 94, "Register 0x04" [7:4]) - This register records the PMIC state at each abnormal power down cycle. This register reports the cumulative error of each abnormal power down sequence. The PMIC writes this register on its own when it internally generates VR Disable command on its own due to failure. The host can erase this register in MTP memory and clear the status register by writing the code 0x74 in Table 146, "Register 0x39".
>
> Error Log Registers (Table 95, "Register 0x05" [6:0], Table 96, "Register 0x06" [7:0] to Table 97, "Register 0x07"[7:0]) - These registers record the PMIC state at each power down sequence. The PMIC may report abnormal power down sequence or normal power down sequence. The PMIC writes this register on its own when it internally generates VR Disable command on its own due to failure. These registers are updated at power down cycle, if update is needed by the PMIC on its own. The host can clear the status register by writing the code 0x74 in Table 146, "Register 0x39". See Figure 33 for illustration. The top waveform illustrates how PMIC captures Error Log Registers (R05 to R07) when there is a fault or a no fault and how PMIC reports error log registers when PMIC goes through power cycle. The bottom waveform illustrates same as top waveform with one exception. It shows no fault condition when CAMP is asserted to turn off switch regulator outputs with power down sequence.

PMIC5000/PMIC5010 Power Management IC Standard, JEDEC, JESD301-1A.03, Rev. 1.85 (Feb. 2025) at 110; *see also id.* at 112-114 (Tables 94-96 for registers 0x04, 0x05, and 0x06, respectively).

57. The Accused '366 Products comprise a set of components coupled to the PCB, the set of components including a plurality of double data rate (DDR) synchronous dynamic random access memory (SDRAM) devices coupled to the set of address and control lines and to the set of data lines, the DDR SDRAM devices being operable to receive or output data signals via the set of data lines based on address and control signals received from the system board via the set of address and control lines. For example, a Kingston DDR5 RDIMM further comprises a set of components coupled to the PCB. These include DDR5 SDRAM memory devices, and a registering clock driver (RCD). *See supra*, ¶ 53 (image of Kingston DDR5 RDIMM highlighting components coupled to the PCB); *see also Server DDR5* ("PMICs provide a voltage supply for all of the components on the DIMM.").

58. The DDR5 SDRAM devices are coupled to (1) the set of address and control lines via the RCD, and (2) to the set of data lines for data signals. The DDR5 SDRAM devices are configured to receive or output data signals via the set of data lines based on address and control signals received from the output of the RCD based on the set of address and control signals received by the RCD, in accordance with the command truth table. Each of the DDR5 SDRAM devices includes data

pins connected to specific data lines of the set of data lines, and the address and control pins connected to the RCD's address and control output pins. *See, e.g.*, *DDR5 Registered Dual Inline Memory Module (RDIMM) Common Standard*, JESD305B.01 (April 2026) at 13:




**Figure 2 — (Example) RDIMM 2Rx4 Topology**

*See also*, *e.g.*, https://www.youtube.com/watch?v=jEtF69ZpnHI&t=13s at 39 seconds (building products according to JEDEC standards).

59. The Accused '366 Products comprise first, second, third, and fourth converter circuits coupled to the PCB and to the input voltage supply line, and configured to receive power from the input voltage supply line and to deliver power via first, second, third, and fourth regulated voltage lines. For example, as shown above in ¶ 54, a Kingston DDR5 RDIMM's PMIC such as P8910 or MPQ8895 comprises circuitry that makes up four converter circuits, each of which is configured to receive power from the input voltage supply line (e.g., Vin_Bulk and/or Vin_MGMT), as described above, and to deliver regulated power via first, second, third, and fourth regulated voltage lines such as VDD, VDDQ, VPP and VDDIO. *See also, e.g.*, *P8910 Short-form Datasheet* at 1 (P8910 features "Four step-down switching regulators: SWA, SWB, SWC, and SWD" and "Three LDO regulators: VBias, VOUT_1.8V, VOUT_1.0V"); *MPQ8895 Overview* (MPQ8895 features four "Step-Down DC/DC Converter" and "Two Low-Dropout (LDO)

Regulators”). As one example, P8910, MPQ8895 and the like combine buck converters SWA and SWB as a dual-phase buck converter to convert Vin_bulk to a nominal 1.1V output for use as SDRAMs’ VDD voltage supply, uses SWC as a single-phase buck converter to convert Vin_bulk to a nominal 1.1V output for use as SDRAMs’ VDDQ voltage supply and RCD’s VDD supply, uses SWD as a single-phase buck converter to convert Vin_bulk to a nominal 1.8V output for use as SDRAMs’ VPP charge pump voltage supply, and uses an LDO for converting an input voltage (normally Vin_Mgmt but Vin_bulk in a switch-over event when Vin_Mgmt is not available) to a 1.0 VDDIO output.

60. The Accused ’366 Products comprise a set of components that includes a (i) first component configured to receive power via at least the first regulated voltage line; (ii) a second component configured to receive power via at least the second regulated voltage line; (iii) a third component configured to receive power via at least the third regulated voltage line; and (iv) a fourth component configured to receive power via at least the fourth regulated voltage line. For example, as shown in the diagram in Paragraph 53, a DDR5 RDIMM includes components such as DDR5 SDRAM devices and RCD that are specified to receive one or more of the first, second, third, and fourth regulated voltages which are generated by the first, second, third, and fourth converter circuits configured to receive power from the input voltage supply line and to deliver power via first, second, third, and fourth regulated voltage lines. For example, as shown above, any of the SDRAMs on Kingston’s DDR5 DIMMs are designed to receive VDD, VDDQ, and VDDP output by the buck converters. *See supra*, ¶ 53. The RCD also receives VDDQ and although not shown, also receives a 1.0V regulated voltage (VDDIO, or VIO). *See id.*

61. Thus, for example, the claimed “first component” may be any one of the SDRAMs that receives power via an alternate first regulated voltage (i.e., VDD, VPP, or VDDQ output by the buck converters); the claimed “second component”

may be the RCD component that receives power at least via VDDIO (also referred to as VIO); the claimed "third component" may be a second SDRAM component that receives power via at least VDD; and the claimed "fourth component" may be a third SDRAM component that receives power at least via VPP.

62. Further, as mapped and explained above, the Accused '366 Products comprise a set of components as described above, wherein each component of the set of components is electrically connected to one or more of the first, second, third, and fourth regulated voltage lines and receives power only via the one or more of the first, second, third, and fourth regulated voltage lines.

63. The Accused '366 Products comprise a plurality of DDR SDRAM devices that includes a first group of at least five DDR SDRAM devices that are each connected to a first chip select line configured to electrically conduct a first chip select signal. As Kingston explains, DDR5 RDIMMs include two separately addressable, 40-bit subchannels. *See, e.g.*, *DDR5 Memory Standard*:

> **Dual 32-bit Subchannels**
>
> DDR5 splits the memory module into two independent 32-bit addressable subchannels to increase efficiency and lower the latencies of data accesses for the memory controller. The data width of the DDR5 module is still 64-bit, however breaking it down into two 32-bit addressable channels increases overall performance. For server class memory (RDIMMs), 8-bits are added to each subchannel for ECC support for a total of 40-bits per subchannel, or 80-bits per Rank. Dual Rank modules feature four 32-bit subchannels.

64. Each channel includes one or more ranks. Memory devices in each rank of a channel form an independently controlled and enabled group of devices. Each of the respective groups is connected to a respective chip select line configured to electrically conduct a respective chip select signal received from the host. For example, there are two groups of SDRAMs, one in each subchannel, for 1Rx8 or 1Rx4 RDIMMs, one connected to a chip select signal configured to conduct DCS0_A and the other connected to a chip select signal configured to conduct DCS0_B (the exact signal names may differ). As another example, there are four groups of SDRAMs, two in each subchannel, for 2Rx8 or 2Rx4 RDIMMs,

connected respectively to chip select lines configured to conduct DCS0_A, DCS1_A, DCS0_B and DCS1_B designed to select respectively memory devices in (i) channel A, rank 0; (ii) channel A, rank 1; (iii) channel B, rank 0 and (iv) channel B, rank 1. Again, the exact signal names may differ.

65. As one example, Netlist purchased a Kingston DDR5 RDIMM in the United States that includes an RCD supplied by Renesas. *See, e.g.*, *supra*, ¶ 46 (photograph of Kingston DDR5 RDIMM with Renesas 5RCD0148HC3 RCD). As another example, Kingston's KSM56R46BD4PMI-64HAI uses an RCD supplied by IDT/Renesas (Renesas was formerly IDT).[8] Thus, as shown in the examples below, a Kingston DDR5 RDIMM includes a first chip select line connected to each of a first group of at least 5 SDRAM devices (e.g., those SDRAMs in channel A, rank 0, or channel A, rank 1) and a second chip select line connected to each of a second group of at least 4 SDRAM devices (e.g., those SDRAMs in channel B, rank 0, or channel B, rank 1). In the case of an 80-bit DDR5 RDIMM such as KSM56R46BD4PMI-64HAI, SDRAMs in each rank of Channel A and Channel B are designed to receive or output 40-bit DDR data signals independently of each other by using separate chip select signal groups for Channel A and Channel B. *See supra*, ¶ 63. The SDRAMs are x4 or x8 for DDR5 RDIMMs, such that each rank in each channel includes five SDRAMs for x8 and 10 SDRAMs for x4. *See, e.g.*, 5RCD0148HC3 Short-form Datasheet, Renesas, available at https://www.renesas.com/en/products/5rcd0148?tab=overview:

---

[8] KSM56R46BD4PMI-64HAI includes an SPD supplied by Montage Technology. *See KSM56R46BD4PMI-64HAI Memory Module Specifications*, Kingston, available at https://www.kingston.com/en/memory/search?partid=KSM56R46BD4PMI-64HAI ("RCD: IDT/Renasas").




*See also id.* ("The 5RCD0148HC3 contains two separate channels with some common logic such as clocking, but otherwise operate independently of each other. Each channel has a 7-bit double data rate CA bus input, a single parity input, two chip-select inputs, produces two copies of 14-bit single data rate CA bus outputs and two copies of the chip select outputs.").




*Gen 4 DDR5 Registering Clock Driver*, Renesas, https://www.renesas.com/en/products/rrg5004?tab=overview (illustrating output chip-select signals for Channel A (QACS[1:0]_A) and Channel B (QACS[1:0]_B)).




**Figure 2 — (Example) RDIMM 2Rx4 Topology**

*DDR5 Registered Dual Inline Memory Module (RDIMM) Common Standard*, JESD305B.01 (April 2026) at 13.

66. The Accused ’366 Products comprise a plurality of DDR SDRAM devices that include a second group of at least four DDR SDRAM devices that are

each connected to a second chip select line configured to electrically conduct a second chip select signal. For example, as explained above, a Kingston DDR5 RDIMM includes a second chip select line connected to each of a second group of at least 5 SDRAM devices. *See supra*, ¶ 64.

67. In the Accused '366 Products, when power from the power rails of the system board is provided to the DIMM and each group of the first and second groups of DDR SDRAM devices is not in self-refresh mode, the first group of DDR SDRAM devices is configured to be enabled, in response to the first chip select signal, to receive or output at least 40 1-bit DDR data signals in parallel via at least 40 data lines of the set of data lines independently of whether the second group of DDR SDRAM devices is enabled, in response to the second chip select signal, to receive or output an integer number of 1-bit DDR data signals in parallel via an integer number of data lines of the set of data lines. For example, a Kingston DDR5 RDIMM includes an RCD that receives a first chip select signal for Channel A, rank 0 and outputs a corresponding signal to the first group of SDRAMs, and receives a second chip select signal for Channel B, rank 0 and outputs a corresponding signal to the second group of SDRAMs. When Vin_Bulk, Vin_Mgmt and ground rails are provided to the DDR5 RDIMM and received by the PMIC, the system generates the four regulated voltages that are used to power the set of components on the DIMM, including the first and second groups of DDR SDRAMs. After the initialization process, when the DDR5 RDIMM receives independent read or write commands for either Channel A or Channel B, the RCD outputs corresponding commands to the first or second groups of SDRAMs. *See, e.g.*, *DDR5 Memory Standard* (Kingston's website stating that DDR5 RDIMMs feature "two independent" 40-bit sub-channels). The output commands in turn enable the corresponding groups of SDRAMs in Channel A or Channel B to receive or output data via data lines in accordance with executing the read or write operation. The self-refresh state is a deep power saving state where no access to the SDRAM is possible.

68. In the Accused ’366 Products, when power from the power rails of the system board is provided to the DIMM and each group of the first and second groups of DDR SDRAM devices is not in self-refresh mode, the at least 40 1-bit DDR data signals [that are received or output in response to the received C/A signals] include at least 32 1-bit wide DDR data signals and at least eight 1-bit DDR error-correcting code (ECC) data signals. For example, in a Kingston DDR5 RDIMM, the number of data lines per channel (A and B) is 40, including 32 bits of data and 8 bits of error correction data (also called error check bits). *See KSM56R46BD4PMI-64HAI Memory Module Specifications*, Kingston, available at https://www.kingston.com/en/memory/search?partid=KSM56R46BD4PMI-64HAI (“x80 ECC (x40, 2 independent I/O sub channels)”).

69. In the Accused ’366 Products, the sum of the at least 40 data lines and the integer number of data lines equals a total number of data conduits of the set of data conduits of the memory slot connector, and the total number of data conduits is at least 72 data conduits. For example, in a Kingston DDR5 RDIMM, each of Channel A and Channel B is designed to receive or output 40 bits of DDR data signals independently of one another by using separate chip select signals. *See supra*, ¶¶ 63-68. The sum of the data lines of Channel A and Channel B is 80 data lines, which equals a total number of data conduits of 80 data conduits, which is greater than at least 72 data conduits.

70. On information and belief, Kingston also indirectly infringes the ’366 Patent, as provided in 35 U.S.C. § 271(b), by inducing infringement by others, such as customers and end users, in the Central District of California and elsewhere in the United States. For example, on information and belief, Kingston has induced, and currently induces, the infringement of the ’366 Patent through the affirmative acts of selling, offering to sell, distributing, and/or otherwise making available the DDR5 RDIMMs and other materially similar products that infringe the ’366 Patent.

71. On information and belief, Kingston provides specifications, datasheets, instruction manuals, and/or other materials that encourage and facilitate infringing use of the DDR5 RDIMMs and other materially similar products by users in a manner that Kingston knows or should have known would result in infringement and with the intent of inducing infringement. For example, Netlist specifically discussed with Kingston the ’366 patent and Kingston’s use of the patented technology therein in December 2025. Kingston nevertheless continues to instruct its customers on how to use the ’366 Patent, despite knowing that such use by its customers constitutes infringement. *See, e.g.*, *Memory Population Rules*, Kingston, available at https://www.kingston.com/en/memory/memory-population-rules; *DDR5 6400MT/s ECC Registered DIMM*, Kingston, https://www.kingston.com/en/memory/server-premier/ddr5-6400mts-ecc-registered-dimm; DDR5 5600MT/s ECC Registered DIMM, Kingston, https://www.kingston.com/en/memory/server-premier/ddr5-5600mts-ecc-registered-dimm.

72. On information and belief, Kingston is encouraging and facilitating infringement of the ’366 Patent by others. For example, on information and belief, Kingston sells or otherwise provides the DDR5 RDIMMs to distributors or U.S.-based sales entities knowing that these entities intend to make, use, offer to sell, and/or sell the products within the United States and/or import the products into the United States in an infringing manner.

73. On information and belief, Kingston also indirectly infringes the ’366 Patent, as provided in 35 U.S.C. § 271(c), contributing to direct infringement committed by others, such as customers and end users, in the Central District of California and elsewhere in the United States. For example, on information and belief, Kingston has contributed to, and currently contributes to, Kingston’s customers’ and end-users’ infringement of the ’366 Patent through the affirmative acts of selling and offering to sell, either directly or through distributors, in this

District and elsewhere in the United States, DDR5 RDIMMs and other materially similar products that infringe the ’366 Patent. On information and belief, the DDR5 RDIMMs and other materially similar products have no substantial noninfringing use, and constitute a material part of the patented invention. On information and belief, Kingston is aware that the product or process that includes DDR5 RDIMMs and other materially similar products may be covered by one or more claims of the ’366 Patent. On information and belief, the use of the product or process that includes the DDR5 RDIMMs and other materially similar products infringes at least one claim of the ’366 Patent.

74. Kingston’s infringement of the ’366 Patent has damaged and will continue to damage Netlist. Kingston has had actual notice of the ’366 Patent since at least December 3, 2025. Kingston’s infringement of the ’366 Patent has been and is willful. Netlist prepared claim charts mapping Netlist’s patents to Kingston’s products, yet Kingston repeatedly ignored Netlist’s outreach and negotiation efforts. *See supra*, ¶¶ 35-40. Netlist also prepared an exemplary claim chart mapping the ’366 Patent to Kingston’s DDR5 products and made a formal licensing proposal to Kingston, yet Kingston continued to refuse to seriously engage in licensing discussions. *See supra*, ¶¶ 35-40. Kingston never presented any evidence of non-infringement or invalidity. Kingston continues to commit acts of infringement despite a high likelihood that its actions constitute infringement, and Kingston knew or should have known that its actions constitute an unjustifiably high risk of infringement.

## <u>COUNT TWO</u>

## (Infringement of the ’074 Patent)

75. Netlist re-alleges and incorporates by reference the allegations of the preceding paragraphs of this Complaint as if fully set forth herein.

76. On information and belief, Defendants directly infringed and are currently infringing at least one of the claims of the ’074 Patent by, among other

things, making, using, selling, offering to sell, and/or importing within this District and elsewhere in the United States, without authority, the Accused DDR5 UDIMM and SODIMM Products, and other products with materially the same structure in relevant part (collectively, "the Accused '074 Products"). For example, and as shown below, the Accused DDR5 Products and other products with materially the same structure and operating mechanisms in relevant part infringe at least Claim 26 of the '074 Patent.

77. The allegations below are based upon Netlist's current information and belief. On information and belief, internal documentation from Kingston, including confidential product specifications and source code, will show infringement. The examples provided below are not intended to be, and should not be understood as, limiting in any way.

78. To the extent the preamble is limiting, each Accused '074 Product is a dual in-line memory module (DIMM) configured to fit into a memory slot connector of a system board of a host computer system, the system board having power rails, where the memory slot connector includes a set of power conduits connected to the power rails, a set of data conduits, and a set of address and control conduits.

79. For example, a Kingston DDR5 UDIMM/SODIMM fits into a memory slot connector of a system board of a host computer system, the system board having power rails (e.g., VIN_BULK or VSS), where the memory slot connector includes a set of power conduits connected to the power rails (e.g., VIN_BULK or VSS), a set of data conduits (e.g., DQ or CB of the DIMM's memory channels (A and B)), and a set of address and control conduits (e.g., Command and Address (CA) Bus).




https://www.tomshardware.com/pc-components/ram/kingston-fury-renegade-ddr5-6400-c32-2x48gb-review (image of a Kingston DDR5 DIMM connected to a slot connector of host system). UDIMMs and SODIMMs are memory modules. *See Kingston Glossary*, Kingston, available at https://www.kingston.com/en/memory/kingston-glossary ("DIMM is an acronym for Dual In-Line Memory Module and is a type of module that has separate electrical contacts on each side of the module. This allows for data to transfer to and from the module on each side independently.").

80. The Accused '074 Products further comprise a printed circuit board (PCB) including an interface having PCB edge connections configured to fit into the memory slot connector of the system board. For example, a Kingston DDR5 UDIMM/SODIMM comprises a PCB that includes edge connections, i.e., "gold fingers," that fit into the memory slot connector of the system board, as shown below:



https://www.kingston.com/en/memory/server-premier/ddr5-5600mts-ecc-unbuffered-sodimm (image of Kingston DDR5 SODIMM having part number KSM56T46BS8KM-16HA)



https://www.kingston.com/en/memory/server-premier/ddr5-5600mts-ecc-unbuffered-dimm (image of a Kingston DDR5 UDIMM having part number KSM56E46BS8KM-16HA)

81. The PCB edge connections of the Accused Products include (i) a first set of edge connections configured to electrically connect to the set of power conduits that are configured to exclusively deliver power to the DIMM from the power rails, wherein the first set of edge connections are electrically connected to a set of input voltage supply lines that are configured to receive the power delivered to the DIMM from the power rails via the interface; (ii) a second set of edge connections configured to electrically connect to the set of data conduits, wherein the second set of edge connections are electrically connected to a set of data lines via the interface; and (iii) a third set of edge connections configured to electrically connect to the set of address and control conduits, wherein the third set of edge connections are electrically connected to a set of address and control lines via the interface. *See, e.g.*,

### 5.1 DDR5 SODIMM Connector Pin Assignments

**Table 5 — DDR5 SODIMM 262 Pin Connector Pin Wiring Assignments**

| Pin# | Front Side | Pin# | Back Side | Pin# | Front Side | Pin# | Back Side |
|---|---|---|---|---|---|---|---|
| 1 | VIN_BULK | 2 | HSA | 131 | CK0_A_t | 132 | CK1_A_t |
| 3 | VIN_BULK | 4 | HSCL | 133 | CK0_A_c | 134 | CK1_A_c |
| 5 | RFU | 6 | HSDA | 135 | VSS | 136 | VSS |
| 7 | PWR_GOOD | 8 | PWR_EN | 137 | CK0_B_t | 138 | CK1_B_t |
| 9 | VSS | 10 | VSS | 139 | CK0_B_c | 140 | CK1_B_c |
| 11 | DQ0_A | 12 | DQ1_A | 141 | VSS | 142 | VSS |
| 13 | VSS | 14 | VSS | 143 | RFU | 144 | CA12_B |
| 15 | DQ2_A | 16 | DQ3_A | 145 | CA11_B | 146 | CA10_B |
| 17 | VSS | 18 | VSS | 147 | VSS | 148 | VSS |
| 19 | DM0_A_n | 20 | DQS0_A_c | 149 | CA9_B | 150 | CA8_B |

**Table 5 — DDR5 SODIMM 262 Pin Connector Pin Wiring Assignments (cont'd)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 21 | VSS | 22 | DQS0_A_t | 151 | CA7_B | 152 | CA6_B |
| 23 | DQ4_A | 24 | VSS | 153 | VSS | 154 | VSS |
| 25 | VSS | 26 | DQ5_A | 155 | CA5_B | 156 | CA4_B |
| 27 | DQ6_A | 28 | VSS | 157 | CA3_B | 158 | CA2_B |
| 29 | VSS | 30 | DQ7_A | 159 | VSS | 160 | VSS |
| 31 | DQ8_A | 32 | VSS | 161 | CS0_B_n | 162 | CA1_B |
| 33 | VSS | 34 | DQ09_A | 163 | RESET_n | 164 | CA0_B |
| 35 | DQ10_A | 36 | VSS | 165 | CS1_B_n | 166 | VSS |
| 37 | VSS | 38 | DQ11_A | 167 | VSS | 168 | CB0_B |
| 39 | DQS1_A_c | 40 | VSS | 169 | DQS4_B_c | 170 | VSS |
| 41 | DQS1_A_t | 42 | DM1_A_n | 171 | DQS4_B_t | 172 | CB1_B |
| 43 | VSS | 44 | VSS | 173 | VSS | 174 | VSS |
| 45 | DQ12_A | 46 | DQ13_A | 175 | CB3_B | 176 | CB2_B |
| 47 | VSS | 48 | VSS | 177 | VSS | 178 | VSS |
| 49 | DQ14_A | 50 | DQ15_A | 179 | DQ0_B | 180 | DQ1_B |
| 51 | VSS | 52 | VSS | 181 | VSS | 182 | VSS |
| 53 | DQ16_A | 54 | DQ17_A | 183 | DQ2_B | 184 | DQ3_B |
| 55 | VSS | 56 | VSS | 185 | VSS | 186 | VSS |
| 57 | DQ18_A | 58 | DQ19_A | 187 | DM0_B_n | 188 | DQS0_B_c |
| 59 | VSS | 60 | VSS | 189 | VSS | 190 | DQS0_B_t |
| 61 | DM2_A_n | 62 | DQS2_A_c | 191 | DQ4_B | 192 | VSS |
| 63 | VSS | 64 | DQS2_A_t | 193 | VSS | 194 | DQ5_B |
| 65 | DQ20_A | 66 | VSS | 195 | DQ6_B | 196 | VSS |
| 67 | VSS | 68 | DQ21_A | 197 | VSS | 198 | DQ7_B |
| 69 | DQ22_A | 70 | VSS | 199 | DQ8_B | 200 | VSS |
| 71 | VSS | 72 | DQ23_A | 201 | VSS | 202 | DQ9_B |
| 73 | DQ24_A | 74 | VSS | 203 | DQ10_B | 204 | VSS |
| 75 | VSS | 76 | DQ25_A | 205 | VSS | 206 | DQ11_B |
| 77 | DQ26_A | 78 | VSS | 207 | DQS1_B_c | 208 | VSS |
| 79 | VSS | 80 | DQ27_A | 209 | DQS1_B_t | 210 | DM1_B_n |
| 81 | DQS3_A_c | 82 | VSS | 211 | VSS | 212 | VSS |
| 83 | DQS3_A_t | 84 | DM3_A_n | 213 | DQ12_B | 214 | DQ13_B |
| 85 | VSS | 86 | VSS | 215 | VSS | 216 | VSS |
| 87 | DQ28_A | 88 | DQ29_A | 217 | DQ14_B | 218 | DQ15_B |
| 89 | VSS | 90 | VSS | 219 | VSS | 220 | VSS |
| 91 | DQ30_A | 92 | DQ31_A | 221 | DQ16_B | 222 | DQ17_B |
| 93 | VSS | 94 | VSS | 223 | VSS | 224 | VSS |
| 95 | CB0_A | 96 | CB1_A | 225 | DQ18_B | 226 | DQ19_B |
| 97 | VSS | 98 | VSS | 227 | VSS | 228 | VSS |
| 99 | CB2_A | 100 | DQS4_A_c | 229 | DM2_B_n | 230 | DQS2_B_c |

Table 5 — DDR5 SODIMM 262 Pin Connector Pin Wiring Assignments (cont'd)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 101 | VSS | 102 | DQS4_A_t | 231 | VSS | 232 | DQS2_B_t |
| 103 | CB3_A | 104 | VSS | 233 | DQ20_B | 234 | VSS |
| 105 | VSS | 106 | CS0_A_n | 235 | VSS | 236 | DQ21_B |
| 107 | CA0_A | 108 | ALERT_n | 237 | DQ22_B | 238 | VSS |
| 109 | CA1_A | 110 | CS1_A_n | 239 | VSS | 240 | DQ23_B |
| 111 | VSS | 112 | VSS | 241 | DQ24_B | 242 | VSS |
| 113 | CA2_A | 114 | CA3_A | 243 | VSS | 244 | DQ25_B |
| 115 | CA4_A | 116 | CA5_A | 245 | DQ26_B | 246 | VSS |
| 117 | VSS | 118 | VSS | 247 | VSS | 248 | DQ27_B |
| 119 | CA6_A | 120 | CA7_A | 249 | DQS3_B_c | 250 | VSS |
| 121 | CA8_A | 122 | CA9_A | 251 | DQS3_B_t | 252 | DM3_B_n |
| 123 | VSS | 124 | VSS | 253 | VSS | 254 | VSS |
| 125 | CA10_A | 126 | CA11_A | 255 | DQ28_B | 256 | DQ29_B |
| KEY | | | | 257 | VSS | 258 | VSS |
| 127 | CA12_A | 128 | RFU | 259 | DQ30_B | 260 | DQ31_B |
| 129 | VSS | 130 | VSS | 261 | VSS | 262 | VSS |

DDR5 Small Outline Dual Inline Memory Module (SODIMM) Common Standard, JESD309A (Feb. 2025) at 5-7; *see also, e.g.*, DDR5 Unbuffered Dual Inline Memory Module (UDIMM), JESD308B Common Standard (Feb. 2025) at 5-7 (similar for UDIMM).

82. The Accused '074 Products further include a controller, wherein the controller is coupled to the PCB and to an input voltage supply line of the set of input voltage supply lines. For example, Kingston's DDR5 UDIMMs/SODIMMs include a controller which includes circuits within the PMIC on the DIMM that do not perform voltage conversions. The controller, being part of the PMIC, is coupled to the PCB and to an input voltage supply line of the set of input voltage supply lines [e.g., VIN_BULK]. *See, e.g.*, ¶ 80 (images depicting PMIC coupled to the PCB); *DDR5 Overview*, Kingston, available at https://www.kingston.com/en/blog/pc-performance/ddr5-overview ("DDR5 modules feature on-board Power Management Integrate Circuits (PMIC), which help regulate the power required by the various components of the memory module (DRAM, Register, SPD hub, etc). For server class modules the PMIC uses 12V, and for PC class modules the PMIC uses 5V. This makes for better power distribution than previous generations, improves signal integrity, and reduces noise."). *See also, e.g.*, *Kingston Glossary* ("PMIC is an acronym that stands for Power Management

Integrated Circuit. PMICs are generally used to manage the flow of power to specific components on a device. For DDR5, a PMIC is included on every module.").

83. The analysis below of the control chips on the module addresses chips made by certain vendors. Netlist is informed and believes, and on this basis alleges, that to the extent Kingston uses control chips from different vendors than those discussed below, in relevant part they will operate in an identical manner. These allegations should therefore be understood to encompass all Kingston DDR5 UDIMMs and SODIMMs regardless of the source of the control chips.

84. On information and belief, Kingston's DDR5 UDIMMs and DDR5 SODIMMs use PMICs from third-party vendors, such as Richtek. *See supra*, ¶ 33. This is confirmed by cross-referencing the part numbers for Kingston's DDR5 UDIMMs or DDR5 SODIMMs with Kingston's Part Number Decoder. For example, according to Kingston's part number decoder, a DDR5 UDIMM with part number KSM56E46BS8**K**M-16HA and a DDR5 SODIMM with part number KSM56T46BS8**K**M-16HA include a PMIC supplied by Richtek because the part number includes the code "K" at the P-position (emphasized in bold). *See supra*, ¶ 33. Although the examples below reference a Richtek PMIC, on information and belief, the PMICs Kingston uses on its DDR5 UDIMMs and SODIMMs operate and are structured in materially the same way for purposes of infringement, regardless of the supplier.

85. According to a publicly available datasheet, Richtek's PMIC for client DIMMs (such as DDR5 UDIMMs and SODIMMs) is coupled to an input voltage supply line of the set of input voltage supply lines [e.g., VIN_BULK]:




Figure 2. SWA and SWB are Operating in Single-Phase Mode

*RTQ5132 Datasheet*, Richtek (Oct. 7, 2024), available at https://www.richtek.com/Home/Products/Power%20Management%20IC/RTQ5132?ForceDevice=1&devicename=richtekweb&sc_lang=en.

86. The controller of the Accused ’074 Products is further configured to (i) monitor an input voltage supplied by the input voltage supply line, and (ii) perform, in response to a first trigger signal, a write operation that causes data to be written to a data storage element configured to store a plurality of data bits, wherein, in response to the first trigger signal, the controller is further configured to perform one or more write operations to write data into the data storage element. For example, the PMICs of Kingston’s DDR5 UDIMMs/SODIMMs are configured to monitor the VIN_BULK voltage supplied by the input voltage supply line. *See, e.g.*, RTQ5312 Datasheet at 41 (“The RTQ5132 actively monitors the input voltage VIN_BULK rail.”). The PMICs of Kingston’s DDR5 UDIMMs/SODIMMs are further configured to perform, in response to a first trigger signal (e.g., PWR_GOOD signal or VR_Enable signal), a write operation that causes data to be written to a data storage element configured to store a plurality of data bits (e.g., a write operation to

the Power-Good Status register, 0x08 or to periodic status registers after VR_enable), wherein, in response to the first trigger signal, the controller is further configured to perform one or more write operations to write data into the data storage element (e.g., the SWA/SWB/SWC Output Power Good Status bits or update certain registers periodically), as shown below.

At the first power-on, the VIN_Bulk input supply should reach a minimum threshold voltage of 4.25V before it can be detected as a valid input supply by the RTQ5132.

Once the VIN_Bulk supply is valid and stable, the RTQ5132 should assert the PWR_GOOD output low and drive VLDO_1.8V and VLDO_1.0V supplies within t1.8V_Ready (typically 500μs) and t1.0V_Ready (typically 500μs) time, respectively. The RTQ5132 only drives the PWR_GOOD output signal low when the VIN_Bulk input supply reaches a minimum of 4.25V. The PWR_GOOD output is pulled up to either 1.8V or 3.3V on the platform or the host controller.

During power-on, the user should:

1. Ramp up the VIN_BULK supply.
2. Hold the VIN_Bulk supply stable for a minimum of tVIN_Bulk_to_VR_Enable time (minimum = 6.5ms).
3. Keep the VR_EN pin static, either low or high.
4. If the VR_EN signal is held low during the VIN_Bulk ramp, it may transition to high only once. Once high, it should remain high. The VR_EN signal is not allowed to transition to low during the VIN_Bulk ramp-up.
5. If the VR_EN pin is held high during the VIN_Bulk ramp-up, or transitions to high, the RTQ5132 turns on its output rails.
6. If the VR_EN pin is held low during the VIN_Bulk ramp, assert the VR_EN signal high to turn on the RTQ5132 output rails. Alternatively, the user can issue a VR Enable command by setting the register, Register 0x32[7] = 1, via $I^2C$/I3C basic bus or via DEVCTRL CCC to turn on the RTQ5132 output rails.

Figure 6 to Figure 8 show examples of the PMIC power-up initialization sequence. Note that the specific sequence of ramping the output regulators (SWA, SWB, and SWC) is for example purposes only. The specific ramp-up sequence is configurable through power-on sequence configuration registers.

After the VR Enable command is registered on the $I^2C$ or I3C basic bus, or the VR_EN pin is registered high, the RTQ5132 should complete the following steps within tPMIC_PWR_GOOD_OUT:

1. Check that the VIN_Bulk Power-Good status is valid.
2. Power up itself – the RTQ5132 executes Power-On Sequence Config0 to Power-On Sequence Config2 registers and configures its internal registers as programmed in the DIMM vendor's memory space registers.
3. Power up all enabled output switch regulators and prepare for normal operation.
4. Update status registers "Register 0x08" [5,3:2] and float the PWR_GOOD signal within a maximum of the tPMIC_PWR_GOOD_OUT time.

**RTQ5132** **RICHTEK**

**Table 24. Power-Good Status**

**Address:** 0x08
**Description:** Power-Good Status

| Bits | Attribute | Default | Description |
|---|---|---|---|
| 7 | RV | 0 | 0x08 [7]: Reserved |
| 6 | RO | 0 | 0x08 [6]: CRITICAL_TEMP_SHUTDOWN_STATUS<br>Critical Temperature Shutdown Status<br>0 = No Critical Temperature Shutdown<br>1 = Critical Temperature Shutdown |
| 5 | RO | 0 | 0x08 [5]: SWA_OUTPUT_POWER_GOOD_STATUS<br>Switch Node A Output Power-Good Status<br>0 = Power Good<br>1 = Power Not Good |
| 4 | RV | 0 | 0x08 [4]: Reserved |
| 3 | RO | 0 | 0x08 [3]: SWB_OUTPUT_POWER_GOOD_STATUS<br>Switch Node B Output Power-Good Status<br>0 = Power Good<br>1 = Power Not Good |
| 2 | RO | 0 | 0x08 [2]: SWC_OUTPUT_POWER_GOOD_STATUS<br>Switch Node C Output Power-Good Status<br>0 = Power Good<br>1 = Power Not Good |
| 1 | RV | 0 | 0x08 [1]: Reserved |
| 0 | RO | 0 | 0x08 [0]: VIN_BULK_INPUT_OVER_VOLTAGE_STATUS<br>VIN_BULK Input Supply Overvoltage Status<br>0 = No Overvoltage<br>1 = Overvoltage |

RTQ5132 Datasheet, at 24, 72.

87. The Accused ’074 Products further include a power module including a voltage conversion element. For example, the PMICs of Kingston’s DDR5 UDIMMs/SODIMMs includes a voltage conversion element comprising buck converters and LDOs. *See, e.g.*, RTQ5312 Datasheet at 2 (PMIC circuitry, reproduced above below Paragraph 85).

88. Further, the power module of the Accused ’074 Products is coupled to the PCB and to the input voltage supply line, and is configured to continuously receive input power from the input voltage supply line and to deliver an output power via a plurality of regulated voltage lines having a corresponding plurality of

regulated voltages, the output power is derived from the input power, and the plurality of regulated voltage lines includes at least a first regulated voltage line for delivering a first regulated voltage and a second regulated voltage line for delivering a second regulated voltage, and the voltage conversion element is configured to produce the first regulated voltage and the second regulated voltage. For example, the PMICs of Kingston's DDR5 UDIMMs/SODIMMs are coupled to the PCB and to the input voltage supply line (e.g., VIN_BULK), as shown above. *See supra*, ¶¶ 80-86. The PMICs of Kingston's DDR5 UDIMMs/SODIMMs are configured to continuously receive input power from the input voltage supply line [e.g., VIN_BULK], and to deliver an output power via a plurality of regulated voltages, e.g., a first regulated voltage line for delivering a first regulated voltage (e.g., VDD) and a second regulated voltage line for delivering a second regulated voltage (e.g., VPP) produced by the buck converters of the voltage conversion element, as shown below.



Figure 2. SWA and SWB are Operating in Single-Phase Mode

RTQ5312 Datasheet at 2.

89. The Accused Products further include a plurality of components coupled to the PCB and the power module, the plurality of components including a plurality of volatile memory packages coupled to the set of address and control lines and to the set of data lines. For example, Kingston's DDR5 UDIMMs/SODIMMs include a plurality of volatile memory packages (e.g., DDR5 SDRAM packages) coupled to the PCB and the power module (e.g., via the VDD, VPP, and/or VDDQ voltage lines). *See, e.g.*, *supra* ¶ 54 (reproducing circuit diagram showing PMIC output voltage lines). *See also KVR56S46BD8-32 Memory Module Specification*, Kingston, available at https://www.kingston.com/en/memory/search?partid=KVR56S46BD8-32:

Memory Module Specifications

Kingston TECHNOLOGY ValueRAM

**KVR56S46BD8-32**
32GB 2Rx8 4G x 64-Bit
PC5-5600 CL46 262-Pin SODIMM

**DESCRIPTION**

This document describes ValueRAM's KVR56S46BD8-32 is a 4G x 64-bit (32GB) DDR5-5600 CL46 SDRAM (Synchronous DRAM), 2Rx8, memory module, based on sixteen 2G x 8-bit FBGA components. The SPD is programmed to JEDEC standard latency DDR5-5600 timing of 46-45-45 at 1.1V. Each 262-pin SODIMM uses gold contact fingers. The electrical and mechanical specifications are as follows:

**FEATURES**

- Power Supply: VDD = 1.1V Typical
- VDDQ = 1.1V Typical
- VPP = 1.8V Typical
- VDDSPD = 1.8V to 2.0V
- On-Die ECC
- PCB: Height 1.18" (30.00mm)
- RoHS Compliant and Halogen-Free

**SPECIFICATIONS**

| | |
|---|---|
| CL(IDD) | 46 cycles |
| Row Cycle Time (tRCmin) | 48ns(min.) |
| Refresh to Active/Refresh Command Time (tRFCmin) | 295ns(min.) |
| Row Active Time (tRASmin) | 32ns(min.) |
| UL Rating | 94 V - 0 |
| Operating Temperature | 0° C to +85° C |
| Storage Temperature | -55° C to +100° C |

*See also, e.g.*, *KVR64A52BS6-8 Module Specification*, Kingston, available at https://www.kingston.com/en/memory/client/ddr5-6400mts-non_ecc-clocked%20unbuffered-dimm:

Memory Module Specifications

**KVR64A52BS6-8**
8GB 1Rx16 1G x 64-Bit
PC5-6400 CL52 288-Pin CUDIMM

**DESCRIPTION**

This document describes ValueRAM's KVR64A52BS6-8 is a 1G x 64-bit (8GB) DDR5-6400 CL52 Clocked Unbuffered DIMMs (CUDIMMs), 1Rx16, memory module, based on four 1G x 16-bit FBGA components and one Clock Driver (CKD). The SPD is programmed to JEDEC standard latency DDR5-6400 timing of 52-52-52 at 1.1V. Each 288-pin DIMM uses gold contact fingers. The electrical and mechanical specifications are as follows:

**FEATURES**

- Power Supply: VDD = 1.1V Typical
- VDDQ = 1.1V Typical
- VPP = 1.8V Typical
- VDDSPD = 1.8V to 2.0V
- On-Die ECC
- PCB: Height 1.23" (31.25mm)
- RoHS Compliant and Halogen-Free
- With Clock Driver

**SPECIFICATIONS**

| | |
|---|---|
| CL | 52 cycles |
| Row Cycle Time (tRCmin) | 48ns(min.) |
| Refresh to Active/Refresh Command Time (tRFCmin) | 195ns(min.) |
| Row Active Time (tRASmin) | 32ns(min.) |
| UL Rating | 94 V - 0 |
| Operating Temperature | 0° C to +85° C |
| Storage Temperature | -55° C to +100° C |

90. The DDR5 SDRAMs on Kingston's DDR5 UDIMMs/SODIMMs are also coupled to the set of address and control lines and to the set of data lines. *See, e.g.*, DDR5 Small Outline Dual Inline Memory Module (SODIMM) Common Standard, JESD309A (Feb. 2025) at 13:

**8.3.1 CK, CMD/ADR, and CS Groups (cont'd)**




*See also, e.g.*, DDR5 Unbuffered Dual Inline Memory Module (UDIMM) Common Standard, JESD308B (Feb. 2025), at 14:

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

**8.3.1 CK, CMD/ADR, and CS Groups (cont'd)**




**Figure 2 — Fly By Topology Example**

91. In addition, in the Accused '074 Products: (i) the plurality of volatile memory packages (DDR5 SDRAM packages) are operable to receive or output data signals via the set of data lines based on address and control signals received from the system board via the set of address and control lines (e.g., based on address and control signals associated with a read or write operation in accordance with command truth table), and (ii) each component of the plurality of components is electrically connected to one or more of the plurality of regulated voltage lines (e.g., the DDR5 SDRAM packages are electrically connected to VDD and VPP, as shown above in Paragraphs 88-89).

92. On information and belief, Kingston also indirectly infringes the '074 Patent, as provided in 35 U.S.C. § 271(b), by inducing infringement by others, such as customers and end users, in the Central District of California and elsewhere in the United States. For example, on information and belief, Kingston has induced, and currently induces, the infringement of the '074 Patent through the affirmative acts of selling, offering to sell, distributing, and/or otherwise making available the DDR5 UDIMMs and SODIMMs and other materially similar products that infringe the '074 Patent.

93. On information and belief, Kingston provides specifications, datasheets, instruction manuals, and/or other materials that encourage and facilitate infringing use of the DDR5 UDIMMs and SODIMMs and other materially similar products by users in a manner that Kingston knows or should have known would result in infringement and with the intent of inducing infringement. For example, Kingston instructs its customers on how to use the DDR5 UDIMMs and SODIMMs, despite knowing that such use by its customers constitutes infringement. *See, e.g.*, *How to install memory in a laptop PC*, Kingston, available at https://www.kingston.com/en/support/technical/how-to-install-memory-laptop; *Memory Population Rules*, Kingston, available at https://www.kingston.com/en/memory/memory-population-rules; *DDR5 6400MT/s Non-ECC Clocked Unbuffered DIMM*, Kingston, https://www.kingston.com/en/memory/client/ddr5-6400mts-non_ecc-clocked%20unbuffered-dimm; *DDR5 5600MT/s Non-ECC Unbuffered DIMM*, Kingston, https://www.kingston.com/en/memory/client/ddr5-5600mts-non_ecc-unbuffered-dimm; *DDR5 5600MT/s ECC Unbuffered DIMM*, Kingston, https://www.kingston.com/en/memory/server-premier/ddr5-5600mts-ecc-unbuffered-dimm; *DDR5 6400MT/s Non-ECC Clocked Unbuffered SODIMM*, Kingston, https://www.kingston.com/en/memory/client/ddr5-6400mts-non_ecc-clocked%20unbuffered-sodimm; *DDR5 5600MT/s Non-ECC Unbuffered SODIMM*, Kingston https://www.kingston.com/en/memory/client/ddr5-5600mts-non_ecc-unbuffered-sodimm; *DDR5 5600MT/s ECC Unbuffered SODIMM*, Kingston, https://www.kingston.com/en/memory/server-premier/ddr5-5600mts-ecc-unbuffered-sodimm.

94. On information and belief, Kingston is encouraging and facilitating infringement of the ’074 Patent by others. For example, on information and belief, Kingston sells or otherwise provides the DDR5 UDIMMs and SODIMMs to distributors or U.S.-based sales entities knowing that these entities intend to make,

use, offer to sell, and/or sell the products within the United States and/or import the products into the United States in an infringing manner.

95. On information and belief, Kingston also indirectly infringes the ’074 Patent, as provided in 35 U.S.C. § 271(c), contributing to direct infringement committed by others, such as customers and end users, in the Central District of California and elsewhere in the United States. For example, on information and belief, Kingston has contributed to, and currently contributes to, Kingston’s customers’ and end-users’ infringement of the ’074 Patent through the affirmative acts of selling and offering to sell, either directly or through distributors, in this District and elsewhere in the United States, the DDR5 UDIMMs and SODIMMs and other materially similar products that infringe the ’074 Patent. On information and belief, the DDR5 UDIMMs and SODIMMs and other materially similar products have no substantial noninfringing use, and constitute a material part of the patented invention. On information and belief, Kingston is aware that the product or process that includes the DDR5 UDIMMs and SODIMMs and other materially similar products may be covered by one or more claims of the ’074 Patent. On information and belief, the use of the product or process that includes the DDR5 UDIMMs and SODIMMs and other materially similar products infringes at least one claim of the ’074 Patent.

96. Kingston’s infringement of the ’074 Patent has damaged and will continue to damage Netlist. Kingston has had actual notice of the ’074 Patent since at least the filing of this Complaint. Kingston’s infringement is willful. The ’074 Patent is in the same family as the ’366 Patent. Kingston has had actual notice of the ’366 Patent since at least December 3, 2025, and also informed Kingston that it had live continuation patents. As detailed above, Netlist prepared claim charts mapping Netlist’s patents to Kingston’s products, yet Kingston repeatedly ignored Netlist’s outreach and negotiation efforts. *See supra*, ¶¶ 35-40. Netlist also prepared an exemplary claim chart mapping the ’366 Patent to Kingston’s DDR5 products and

made a formal licensing proposal to Kingston, yet Kingston continued to refuse to seriously engage in licensing discussions. *See supra*, ¶¶ 35-40.

97. Kingston's infringement of the '074 Patent is willful. Kingston continues to commit acts of infringement despite a high likelihood that its actions constitute infringement, and Kingston knew or should have known that its actions constitute an unjustifiably high risk of infringement.

## PRAYER FOR RELIEF

98. WHEREFORE, Netlist respectfully requests that this Court enter judgment in its favor ordering, finding, declaring, and/or awarding Netlist relief as follows:

A. that Kingston infringes the Asserted Patents;

B. all equitable relief the Court deems just and proper as a result of Kingston's infringement;

C. an award of damages resulting from Defendants' acts of infringement in accordance with 35 U.S.C. § 284;

D. that Kingston's infringement of the Asserted Patents is willful;

E. enhanced damages pursuant to 35 U.S.C. § 284;

F. that this is an exceptional case and awarding Netlist its reasonable attorneys' fees pursuant to 35 U.S.C. § 285;

G. an accounting for acts of infringement and supplemental damages, without limitation, prejudgment and post-judgment interest;

H. all equitable relief to which Netlist establishes it is entitled.

## DEMAND FOR JURY TRIAL

99. Pursuant to Federal Rule of Civil Procedure 38(b), Netlist hereby demands a trial by jury on all issues triable to a jury.

Dated: October 16, 2026

IRELL & MANELLA LLP

By: */s/ Jason Sheasby*
Jason Sheasby
Attorney for Plaintiff Netlist, Inc.