Jason Sheasby (SBN 205455)
JSheasby@irell.com
H. Annita Zhong (SBN 266924)
HZhong@irell.com
Andrew Strabone (SBN 301659)
AStrabone@irell.com
Michael Tezyan (SBN 334915)
MTezyan@irell.com
N. Isabella Chestney (SBN 347608)
IChestney@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

Oliver Richards (SBN 310972)
ORichards@fr.com
Tyler Train (SBN 318998)
train@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (949) 623-7640

*Attorneys for Defendants Kingston Technology Corporation, Kingston Technology Company, Inc.,*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KINGSTON TECHNOLOGY CORPORATION, KINGSTON TECHNOLOGY COMPANY, INC.<br><br>Defendants. | CASE NO. 8:26-cv-3047-MRA-KES<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: Nov. 10, 2026<br><br>Current response date: Dec. 1, 2026<br><br>New response date: Dec. 15, 2026 |

Plaintiff Netlist, Inc. ("Netlist") and Defendants Kingston Technology Corporation and Kingston Technology Company, Inc. ("Kingston") by and through their undersigned counsel, hereby stipulate to extend the deadline for Kingston to respond to Netlist's complaint up to and including December 15, 2026, as follows:

**WHEREAS**, the initial complaint was filed on October 16, 2026, and served upon Kingston by November 10, 2026. Dkts. 1, 15.

**WHEREAS**, the original deadline for Kingston to respond to the complaint was no later than December 1, 2026. Dkt. 15.

**WHEREAS**, the Parties have met and conferred and agree to an additional 14-day extension for the deadline for Kingston to answer or otherwise respond to the complaint.

**WHEREAS**, the stipulated extension will move Kingston's deadline to answer or otherwise respond to the complaint from the current deadline of December 1, 2026 to December 15, 2026.

**WHEREAS**, no previous extensions of the deadline to respond to the initial complaint have been requested, and the stipulated extension will not impact any other Court deadline.

**IT IS HEREBY JOINTLY STIPULATED THAT** the deadline for Defendants to answer or otherwise respond to the complaint is extended from December 1, 2026 up to and including December 15, 2026.

Dated: November 20, 2026

By: */s/ Andrew Strabone*

Jason Sheasby (SBN 205455)
JSheasby@irell.com
H. Annita Zhong (SBN 266924)
HZhong@irell.com
Andrew Strabone (SBN 301659)
AStrabone@irell.com
Michael Tezyan (SBN 334915)
MTezyan@irell.com
N. Isabella Chestney (SBN 347608)
IChestney@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

By: */s/ Oliver Richards*

Oliver Richards (SBN 310972)
ORichards@fr.com
Tyler Train (SBN 318998)
train@fr.com
FISH & RICHARDSON P.C.
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (949) 623-7640

*Attorneys for Defendants Kingston Technology Corporation, Kingston Technology Company, Inc.,*

## ATTESTATION OF CONCURRENCE

I, Andrew Strabone am the ECF User whose ID and password are being used to file this Stipulation To Extend Time To Respond To Initial Complaint By Not More Than 30 Days (L.R. 8-3). Pursuant to Central District of California Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.